# COURTROOM MINUTES
# CRIMINAL

DATE: 4/8/2021   DAY: Thursday   START TIME: 2:34 PM   END TIME: 2:50 PM
JUDGE/MAG.: S. Crocker   CLERK: K. Frederickson   REPORTER:
PROBATION OFFICER: M. Sutor   INTERPRETER:   SWORN: YES ☐ NO ☐
CASE NUMBER: 21-mj-46-slc   CASE NAME: USA v. Michael Fitzgerald
PROCEEDING: Release Hearing

**APPEARANCES:**
ASST. U.S. ATTY.: Elizabeth Altman   DEFENDANT ATTY.: Mark Eisenberg

DEFENDANT PRESENT:   ☒ YES   ☐ NO   ☐ EXCUSED BY COURT

Release Hearing held by Zoom video conference

Zoom Hearing set for 4/22/2021 at 1:00 PM ET in District of Columbia

Order entered releasing defendant on conditions

TOTAL COURT TIME: 26 min.